**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-7660**

---

THOMAS EVERETTE, JR.,

       Plaintiff - Appellant,

    v.

REGINA W. PEELE; CREDITED SOLUTIONS; KIM D. SAUNDER; HAROLD
G. SELLARS; MECHANICS AND FARMERS BANKS; THOMAS W. KING; THE
LAW OFFICE OF THOMAS W. KING; W. DUDLEY WHITLEY, III; SCOTT
A. MCKELLAR; DAVID W. GREEN; BATTLE, WINSLOW, SCOTT AND
WILEY P.A.; LAWYER MUTUAL; CRYSTAL BROWN; URSULA SHORT;
CAROL A. WHITE; EDGECOMBE COUNTY CLERK OF COURT; DENNIS A.
COLEY; BRIAN T. COREY; IVORY JOHNSON; JAMES I. KNIGHT;
EDGECOMBE COUNTY SHERIFF OFFICE; EDGECOMBE COUNTY ANIMAL;
EDGECOMBE COUNTY; JANET WATSON; WATSON PROPERTY CORPORATION;
B. C. EASON, JR.,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (5:14-cv-00213-BO)

---

Submitted:  March 17, 2015        Decided:  March 20, 2015

---

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thomas Everette, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Everette, Jr., appeals the district court's order adopting the magistrate judge's recommendation to dismiss his civil complaint after a 28 U.S.C. § 1915 (2012) review. Limiting our review to the issues raised in Everette's objections to the magistrate judge's report and recommendation and his informal brief, see Wright v. Collins, 766 F.2d 841, 845–46 (4th Cir. 1985); 4th Cir. R. 34(b), we affirm the district court's judgment. Everette v. Peele, No. 5:14-cv-00213-BO (E.D.N.C. Oct. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED